919 F.2d 730
 Auger (Daniel-Marc, Chantal-Marise), By Auger (Raymond)
v.
Teneyck (Antoinette, Steven), Berson (Janet, Dr.), Domzalski
(Kenneth S.), Guest (Brian), Watson (Lu-Ann), Snyder (Paul),
Freeman (Julian, Dr.), Yocum (James A., Judge), Sullivan
(Cornelius), Haines (Martin), Tunney (Anthony), Ferrelli
(Dominick), Gottlieb (Myron), Friedman (Victor), King
(Michael), Brody (Warren), Ashbey (Julio), Coleman (James),
D'Annunzio (William), Muir (Robert), Wilentz (Robert)
 NO. 90-5405
 United States Court of Appeals,
Third Circuit.
 NOV 26, 1990
 
 Appeal From: D.N.J.,
 Lifland, J.
 
 
 1
 AFFIRMED.